IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYCO INTEGRATED SECURITY LLC,
TYCO INTERNATIONAL PLC, and
TYCO INTERNATIONAL
MANAGEMENT COMPANY LLC,

        Plaintiffs,

vs.

JOHN B. BRADFORD,

        Defendant.

8:17CV30

**ORDER**

IT IS ORDERED that the motions to withdraw filed by Jack M. Lovejoy, Lawrence R. Cock, and the Cable, Langenbach Law Firm, as counsel of record for John B. Bradford, (Filing Nos. 15 and 16), are granted.

February 15, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge