IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYCO INTEGRATED SECURITY LLC, TYCO INTERNATIONAL PLC, and TYCO INTERNATIONAL MANAGEMENT COMPANY LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>JOHN B. BRADFORD,<br><br>  Defendant. | 8:17CV30<br><br>ORDER |

On April 25, 2017, the Court entered an order (Filing No. 40) which required Plaintiff and movant G4S to file a joint stipulation for dismissal or other dispositive stipulation with the clerk of court by May 25, 2017. Plaintiff and G4S have not complied, and have not explained the failure to comply with the court's order.

Accordingly,

IT IS ORDERED that Plaintiff and movant G4S are given until August 23, 2017 to show cause why the court should not dismiss this case. The failure to timely comply with this order may result in dismissal of this case, including all counterclaims and the like, without further notice.

Dated this 24th day of July, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge