IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYCO INTEGRATED SECURITY LLC, TYCO INTERNATIONAL PLC, and TYCO INTERNATIONAL MANAGEMENT COMPANY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN B. BRADFORD, <br><br> Defendant. | **8:17CV30** <br><br> **FINDINGS AND RECOMMENDATION** |

On July 24, 2017, Plaintiffs and movant G4S were given until August 23, 2017 to show cause why the court should not dismiss this case. The parties were warned that the failure to show cause may result in dismissal of this case without further notice. (Filing No. 41).

Plaintiffs responded by letter on August 23, 2017 advising the court that "Plaintiffs have no objection to the dismissal" of this action. (Filing No. 42). And G4S has not responded to the show cause order.

Accordingly,

IT IS RECOMMENDED to the Honorable Robert F. Rossiter, Jr., United States District Judge, pursuant to 28 U.S.C. § 636(b), that this case be dismissed for without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 31st day of August, 2017.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge