## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYCO INTEGRATED SECURITY LLC; TYCO INTERNATIONAL PLC; and TYCO INTERNATIONAL MANAGEMENT COMPANY LLC, | **8:17CV30** |
| Plaintiffs, | |
| vs. | **ORDER** |
| JOHN B. BRADFORD, | |
| Defendant. | |

This matter is before the Court on the magistrate judge's[1] August 31, 2017, findings and recommendations (Filing No. 43). The magistrate judge recommends the Court dismiss this case without further notice because (1) the plaintiffs advised the magistrate judge by letter they do not oppose dismissal and (2) non-party movant G4S Secure Integration did not respond to the magistrate judge's show-cause order. Having likewise received no objections to the findings and recommendations within the time permitted, *see* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; NECivR 72.2, the Court concludes the magistrate judge's findings and recommendations should be accepted. Accordingly,

IT IS ORDERED:

1. The magistrate judge's findings and recommendations (Filing No. 43) are accepted.

2. This case is dismissed without prejudice.

Dated this 15th day of September, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge

---

[1]The Honorable Cheryl R. Zwart, United States Magistrate Judge for the District of Nebraska.